IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CASANDRA ANN HERNANDEZ,<br><br>**Plaintiff,**<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States,<br><br>**Defendant.** | CIVIL NO. 21-1091(JAG) |

# JUDGMENT

Pursuant to this Court's Opinion and Order, Docket No. 74, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, March 31, 2024.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE